# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SYLVIA GONZALEZ,<br><br>          Plaintiff,<br>v.<br><br>VERIZON and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | Case No.: 4:19-cv-00299-ALM-KPJ |

## STATUS REPORT REGARDING ARBITRATION

Plaintiff Sylvia Gonzalez and Defendant Cellco Partnership d/b/a Verizon Wireless, are still actively working together on this matter. The parties are unfortunately having complications due to the Covid-19 pandemic. Plaintiff's counsel reached out to Defense counsel for an update today on Cellco's availability to complete the pre-mediation arbitration, but has not received a response as of the filing of this Status report. As Plaintiff understands it, all attorneys involved are now working from home. Plaintiff's staff is currently having to home school children during the day due to mandatory shelter in place orders. Defendant's counsel is dealing with complications on its side as well.

The American Arbitration Association is the association/company agreed to by the parties to handle this arbitration. Plaintiff will be able to provide this court with their file number within thirty days of today's date. AAA is still operating during the pandemic and is moving to as many online tools as possible. However, they currently have very limited access to their offices. The parties plan to work through the current pandemic as best possible under the circumstances and take advantage of all online and video streaming opportunities when possible.

Filed April 8, 2020

Respectfully Submitted,

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
McCarty & Raburn, A Consumer Law Firm, PLLC
2931 Ridge Rd, Suite 101 #504
Rockwall, TX 75032
jonathan@geauxlaw.com
Telephone: 225-412-2777

*/s/ Dennis McCarty*
Dennis McCarty
ATTORNEY FOR PLAINTIFF
Mississippi Bar No. 102733
Federal Bar No. 993800
McCarty & Raburn, A Consumer Law Firm, PLLC
2931 Ridge Rd, Suite 101 #504
Rockwall, TX 75032
dennismccartylaw@gmail.com
Telephone: 817-704-3375
Fax (817) 887-5069

**ATTORNEYS FOR PLAINTIFF SYLVIA GONZALEZ**

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2020, the forgoing document was electronically served via the Court's CM/ECF system on counsel of record for all parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Jonathan Raburn*
**Jonathan Raburn**